# EXHIBIT F

```
                                                          Page 1

 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Docket No. 16-cv-02615 (VEC)
 5    - - - - - - - - - - - - - - - - - - - -x
 6    JOSEPH AJALA and ABIGAIL AJALA,
 7                         Plaintiffs,
 8         -against-
 9    W.M. BARR & COMPANY and HOME DEPOT
      U.S.A., INC.,
10
                         Defendants.
11    - - - - - - - - - - - - - - - - - - - -x
                          410 East Jericho Turnpike
12                        Mineola, New York
13                        December 15, 2016
                          4:41 p.m.
14
15
16       DEPOSITION of JOHN O. AJALA, a Non
17    Party Witness in the above-entitled
18    action, held at the above time and place,
19    taken before Susan C. Bartlett, a
20    Shorthand Reporter and Notary Public of
21    the State of New York, pursuant to the
22    Federal Rules of Civil Procedure,
23    agreement and stipulations between
24    Counsel.
25              *      *      *
```

Page 36

1            A.O. Ajala
2  explain?
3       Q.    An electric stove is what I
4  would refer to as having -- have you seen
5  a stove that has coils on top of the
6  burners?
7       A.    Yes.
8       Q.    They get red hot when you turn
9  them on?
10      A.    Yes.
11      Q.    There is no flame shooting up?
12      A.    Yes.
13      Q.    Other stoves have some kind of
14 flame that comes up.
15      A.    Okay.  Then it would be a gas
16 stove.
17      Q.    Do you know one way or the other
18 whether or not that gas stove that was in
19 the room at the time of your dad's fire
20 was what they call an electric ignition or
21 a standing pilot?  Do you know what I mean
22 by that?
23      A.    Yes.  I don't believe -- it's
24 not a standing pilot because I know that's
25 what we have in our home.  I know it's not

Page 37

1           A.O. Ajala
2    a standing pilot.
3        Q.    You are saying the home you
4    currently live in?
5        A.    Yes, the home I currently live
6    in.
7        Q.    That has a standing pilot?
8        A.    Yes.
9        Q.    To make sure we are on the same
10   page, it has have a pilot light and if it
11   goes out, you start to smell gas?
12       A.    Yes, that's what we have in our
13   current house.
14       Q.    As opposed to a stove that has
15   an electronic source that provides a spark
16   that lights the gas?
17       A.    Yes.
18       Q.    That is what I am referring to
19   as an electronic ignition.
20       A.    No, it was not a pilot because
21   that's what we have.
22       Q.    It was not a pilot?
23       A.    No.
24       Q.    Did you have any involvement in
25   either the decision or the physical

                                                          Page 40

1                    A.O. Ajala
2    really -- yeah.
3         Q.    You're not sure?
4         A.    Yeah, I'm not sure.
5         Q.    What kind of time did you spend
6    over the years that your parents owned
7    that home at the Schieffelin Avenue home?
8         A.    Just cleaning up whenever a new
9    tenant would move in, things like that,
10   miscellaneous clean up in the yard,
11   shoveling snow.
12        Q.    So you were familiar with the
13   layout of it and what was in there?
14        A.    Somewhat, yes.
15        Q.    Your dad had several sets of
16   tenants that he had over the years.  I'm
17   not going to try to get the names, but he
18   mentioned three sets in particular.
19              He also mentioned at one point
20   that you may have spent some time living
21   there?
22        A.    Yes.
23        Q.    During what period of time did
24   you actually live in that home?
25        A.    This was in 2012, I believe.